# EXHIBIT A

a. The sole member of Spectrum Sunshine State, LLC is Charter Communications Operating, LLC., a Delaware limited liability company with its principal place of business in Missouri.

b. The sole member of Charter Communications Operating, LLC is CCO Holdings, LLC, a Delaware limited liability company with its principal place of business in Missouri.

c. The sole member of CCO Holdings, LLC is CCH I Holdings, LLC, a Delaware limited liability company with its principal place of business in Missouri.

d. The sole member of CCH I Holdings, LLC is CCHC, LLC, a Delaware limited liability company with its principal place of business in Missouri.

e. The sole member of CCHC, LLC is Charter Communications Holding Company, LLC, a Delaware limited liability company with its principal place of business in Missouri.

f. The sole member of Charter Communications Holding Company, LLC is Spectrum Management Holding Company, LLC, a Delaware limited liability company with its principal place of business in Missouri.

g. The sole member of Spectrum Management Holding Company, LLC is Charter Communications Holdings, LLC, a Delaware limited liability company with its principal place of business in Missouri.

h. The four members of Charter Communications Holdings, LLC are:

(i) CCH II, LLC, a Delaware limited liability company with its principal place of business in Missouri,

(ii) Insight Blocker LLC, a Delaware limited liability company with its principal place of business in Missouri,

(iii) CCH Holding Company, LLC, a Delaware limited liability company with its principal place of business in Missouri, and

(iv) Advance/Newhouse Partnership, a New York General Partnership with its principal place of business in New York.

i. The sole member of CCH II, LLC is Charter Communications, Inc., a publicly-held Delaware corporation with its principal place of business in Connecticut.

j. The sole member of Insight Blocker LLC is Charter Communications, Inc.

k. The sole member of CCH Holding Company, LLC is Charter Communications, Inc.

l. The partners of Advance/Newhouse Partnership are A/NPC Holdings LLC, and A/NP Holdings Sub LLC. Both partners are Delaware limited liability companies with their principal places of business in New York.

m. The sole member of A/NPC Holdings Sub LLC is A/NPC Holdings LLC. The two members of A/NPC Holdings LLC are:

(i) Newhouse Cable Holdings, LLC, a Delaware limited liability company with its principal place of business in New York; and

(ii) Advance Communications Company LLC, a New York limited liability company with its principal place of business in New York.

n. The sole member of Newhouse Cable Holdings LLC is Newhouse Broadcasting Corporation, a New York corporation with its principal place of business in New York.

o. The sole member of Advance Communications Company LLC is Advance Local Holdings Corp., a Delaware corporation with its principal place of business in New York.