UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPECTRUM SUNSHINE STATE, LLC,

    Plaintiffs,

v.   Case No. 8:23-cv-1284-WFJ-SPF

SOLIVITA COMMUNITY
ASSOCIATION, INC.,

    Defendants.
_____/

## CONSENT ORDER VACATING AMENDED JUDGMENT AND RELATED ORDERS

Before the Court is Plaintiff Spectrum Sunshine State, LLC's Unopposed Motion (Dkt. 154) to Vacate the Judgment (Dkt. 135), Amended Judgment (Dkt. 145) and related orders (Dkt. 132 and 133) pursuant to Rule 60(b). Upon consideration, the motion is granted.

The parties resolved this matter through the Settlement Agreement dated May 5, 2025, which benefited the parties, the judicial system, and public interest by resolving with finality: the appeal of this matter; Solivita's Claim for Attorney's Fees and Costs; that the Complaint would be dismissed with prejudice; and all issues remaining in this Court other than Spectrum's Rule 60(b) Motion.

**Error! Unknown document property name.**

Thus, the Settlement Agreement obviated the need to expend further judicial resources in this Court.

Accordingly, it is ordered and adjudged as follows:

1. The Judgment (Dkt. 135), Amended Final Summary Judgment (Dkt. 145) and related orders (Dkts. 132 and 133) on the parties' competing motions for partial summary judgment are hereby vacated.

2. Spectrum's Complaint (Dkt. 1) is dismissed with prejudice.

3. Solivita's motion for attorney's fees and expenses (Dkt. 139) is denied as moot; and

4. The case remains closed.

**DONE AND ORDERED** at Tampa, Florida on May 29, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record

Error! Unknown document property name.